IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and FOSTER ALLEN HAINES, <br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of the State of New Mexico, and PATRICK M. ALLEN, in his official capacity as the Secretary of the New Mexico Department of Health,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CASE NO. _____ |

## DECLARATION OF FOSTER HAINES

1. My name is Foster Haines. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am a resident of Albuquerque, New Mexico.

3. Secretary Allen issued "Public Health Emergency Order Imposing Temporary Firearm Restrictions, Drug Monitoring and Other Public Safety Measures" dated September 8, 2023 (the "PHE Order"). The PHE Order states in relevant part (which portion shall be referred to herein as the "Carry Prohibition"):

> (1) No person, other than a law enforcement officer or licensed security officer, shall possess a firearm, as defined in NMSA 1978, Section 30-7-4.1 , either openly or concealed, within cities or counties averaging 1,000 or more violent crimes per 100,000 residents per year since 2021 according to Federal Bureau of Investigation's Uniform Crime Reporting Program AND

1

more than 90 firearm-related emergency department visits per 100,000 residents from July 2022 to June 2023 according to the New Mexico Department of Public Health, except:

    A. On private property owned or immediately controlled by the person;

    B. On private property that is not open to the public with the express permission of the person who owns or immediately controls such property;

    C. While on the premises of a licensed firearms dealer or gunsmith for the purpose of lawful transfer or repair of a firearm;

    D. While engaged in the legal use of a firearm at a properly licensed firing range or sport shooting competition venue; or

    E. While traveling to or from a location listed in Paragraphs (1) [sic] through (4) [sic] of this section; provided that the firearm is in a locked container or locked with a firearm safety device that renders the firearm inoperable, such as a trigger lock.

4.     For purposes of this Declaration, the following shall be referred to as "Plaintiffs' Proposed Conduct": (a) possessing firearms in public for lawful purposes, including self-defense; and (b) going to private businesses open to the public while lawfully carrying a firearm for lawful purposes, including self-defense, without first obtaining the express affirmative permission of the person who owns the property.

5.     I am an adult and have never been convicted of any crime. I am affected by the Carry Prohibition's blatantly unconstitutional prohibition on law-abiding adults engaging in Plaintiffs' Proposed Conduct. It is my present intention and desire immediately to engage in Plaintiffs' Proposed Conduct in Albuquerque, New Mexico. It is my understanding that Albuquerque, New Mexico is subject to the Carry Prohibition. I am precluded from doing so by the Carry Prohibition, which

I, Foster Haines, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

*Foster Haines*
Foster Haines

Date: September 9, 2023

3