IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and FOSTER ALLEN HAINES, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 23-cv-771 |
| MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of the State of New Mexico, and PATRICK M. ALLEN, in his official capacity as the Secretary of the New Mexico Department of Health, | § § § § § § § § § | |
| Defendants. | | |

## NOTICE OF RELATED CASE

National Association for Gun Rights provides the following notice of related case. The case of *Donk v. Grisham*, Case No. 23-cv-772, filed today. This case has overlapping defendants and claims.

The cases of *We the Patriots, USA v. Grisham*, Case No. 23-cv-773 and *Blas v. Grisham*, Case No. 23-cv-774, also have overlapping claims and parties.

Respectfully submitted September 11, 2023

                                        Respectfully submitted,

                                        VALDEZ AND WHITE LAW FIRM, LLC

                                        /s/ Timothy L. White
                                        Timothy L. White
                                        124 Wellesley Drive SE

Albuquerque, N.M. 87106
Telephone: (505) 345-0289
tim@valdezwhite.com

Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
*admission pro hoc vice forthcoming

Attorneys for Plaintiffs