IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR<br>GUN RIGHTS, and FOSTER ALLEN<br>HAINES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 23-CV-000771 DHU/LF |
| | ) | |
| MICHELLE LUJAN GRISHAM, in<br>Her official capacity as the Governor,<br>Of the State of New Mexico, and<br>PATRICK M. ALLEN, in his official<br>capacity as the Secretary of the New Mexico<br>Department of Health, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Jason Bowles hereby enters his appearance for Plaintiffs National Association for Gun Rights and Foster Allen Haines, and requests that all pleadings and correspondence be sent to undersigned.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 11th day of September, 2023 to:

Counsel Listed through the CM/ECF Filing System

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm