UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NATIONAL ASSOCIATION FOR ) 
GUN RIGHTS, and FOSTER )
ALLEN HAINES, )
  )
**Plaintiffs,** ) Case No. 1:23-cv-00771-DHU-LF
  )
v. )
  )
MICHELLE LUJAN GRISHAM, in )
her official capacity as the )
Governor of the State of New )
Mexico, and PATRICK M. ALLEN,
in his official capacity as the
Secretary of the New Mexico
Department of Health,

**Defendants.**

## MOTION TO WITHDRAW

Pursuant to D.N.M. LR-CIV 83.8, Valdez and White Law Firm, LLC (Timothy L. White) moves the Court for leave to withdraw and states:

1. This motion is required as the Clients' wish the undersigned counsel to withdraw.

2. Plaintiffs have obtained other counsel to serve as lead or local counsel, Jason Bowles, who has entered an appearance previously with the Court in this matter.

3. Plaintiffs may be served and contacted through Mr. Bowles.

4. Plaintiffs will be served with this motion through Mr. Bowles.

5. No defendant has yet been served so defendants have not been contacted concerning this motion.

For the reasons stated, the undersigned requests that this Motion be granted.

By: /s/ Timothy L. White
Timothy White
Valdez and White Law Firm, LLC
124 Wellesley Drive SE
Albuquerque, NM 87106
*tim@valdezwhite.com*
*Attorneys for Plaintiff*