IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and FOSTER ALLEN HAINES, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 23-cv-771-DHU-LF |
| MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of the State of New Mexico, and PATRICK M. ALLEN, in his official capacity as the Secretary of the New Mexico Department of Health, | § § § § § § § § | |
| Defendants. | | |

## CORRECTED MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs move the Court to enter a preliminary injunction against Defendants for the same reasons set forth in their Motion for Temporary Restraining order (ECF 3), which the Court granted on September 13, 2023 (ECF 11).

Plaintiffs request the Court to consider this motion at the October 3, 2023 hearing it set at the temporary restraining order hearing.

WHEREFORE, Plaintiffs respectfully request the Court to enter a preliminary injunction in their favor and against Defendants.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm

1

4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com


Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
*admission pro hoc vice forthcoming

Attorneys for Plaintiffs